# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:01-cr-00289-LDG |
| v. | **ORDER** |
| MARTIN SLATSKY, | |
| Defendant. | |

For good cause shown,

THE COURT **ORDERS** that Defendant's motion for Order of Satisfaction of Judgment (#25) is DENIED.

DATED this _21_ day of December, 2011.

_____
Lloyd D. George
United States District Judge