UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | 2:01-cr-00289-LDG-RJJ |
| vs. | ) ) | |
| MARTIN SLATSKY, | ) ) | |
| Defendant. | ) ) | |

## CLARIFICATION ORDER

The matter before the court is to clarify the order of restitution previously entered as part of the Judgment in a Criminal Case [33] on 01/21/2005. Upon further review of the restitution order in this matter, the specifics needed to complete the order of restitution were not made a part of the Judgment. Therefore, good cause appearing,

**IT IS ORDERED** that the defendant shall make restitution to the following payee(s) listed below:

**Name of Payee:**          INTERNAL REVENUE SERVICE
**Amount of Restitution:**   $369,882.00

**Total Amount of Restitution ordered: $369,882.00**

Dated this __14th__ day of January, 2025.

_____
CHIEF JUDGE ANDREW P. GORDON
UNITED STATES DISTRICT COURT